# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **STEPHANIE L. KENNEDY,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION 09-00449-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on April 20, 2010, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **REVERSED AND REMANDED.**

**DONE** this the **21st** day of **April**, **2010**.

                                                           /s/ SONJA F. BIVINS
                                              **UNITED STATES MAGISTRATE JUDGE**